UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6880

HOWARD A. HAMPTON,

Plaintiff - Appellant,

versus

RICHARDO Y. BRADFORD; G. JACKSON; GARY AARON;
JOHN HAHN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge. (CA-94-1282)

Submitted:  October 17, 1996          Decided:  October 25, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Howard A. Hampton, Appellant Pro Se.  George Maralan Kelley, III, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his <u>Bivens</u>* complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the on the reasoning of the district court. <u>Hampton v. Bradford</u>, No. CA-94-1282 (E.D. Va. May 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

    * <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).